National Fire Insurance Company, appellant, v. United Garage Company, appellee. Gen. No. 23,982.

Replevin to recover an automobile which had been abandoned after having been stolen, and was turned over to defendant by a police officer, and held by him for storage charges. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Burt A. Crowe, for appellant. Gustav E. Beerly, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Alvin H. Reed, appellee, v. Clara D. French, appellant. Gen. No. 24,011.

Action to recover commission on sale of realty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed February 11, 1919. Rehearing denied February 20, 1919.

Winston & Lowry, for appellant. Brown, Brown & Brown, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Mrs. Margaret Christy, plaintiff in error, v. White Eagle Brewing Company, defendant in error. Gen. No. 24,039.

Action to recover on guaranty of a lease contested on ground of *ultra vires*. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Busch, Liessmann & Roemer, for plaintiff in error. Alexander Smietanka and James T. Fales, for defendant in error; J. Arthur Johnson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

George T. Matthews, appellee, v. Essanay Film Manufacturing Company and Wallace F. Berry, on appeal of Essanay Film Manufacturing Company, appellant. Gen. No. 24,048.

Action to recover for personal injuries sustained by being struck by an automobile owned by defendant's servant, and driven by him. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919. Rehearing denied February 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

William A. Jennings, for appellant. C. E. Stenning and John A. Rose, for appellee; Patrick L. McArdle, of counsel.

Mr. Justice Barnes delivered the opinion of the court.